IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-601-AP**

IN RE:

**U.S. MEDICAL, INC.,**

    Debtors.

**GLEN R. ANSTINE, TRUSTEE**,

    Plaintiff,

v.

**CARL ZEISS MEDITEC, AG f/k/a Asclepion-Meditec AG, and
CARL ZIESS MEDITEC, INC., f/k/a Asclepion-Meditec, Inc.,**

    Defendants/Appellants.

## ORDER DENYING LEAVE TO APPEAL

Kane, J.

For the reasons stated in the Trustee's Opposition, the Motion for Leave for Interlocutory Appeal is DENIED.

Dated this 13th day of April, 2005.

                              BY THE COURT:

                              S/**John L. Kane**
                              Senior Judge, United States District Court